# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Acme Electric Motor, Inc., d//a Acme Tools, a North Dakota corporation, and Roadrunner Investments, LLC, a North Dakota limited liability corporation, ) ) ) ) | **ORDER** |
| Plaintiffs, ) | |
| vs. ) | |
| CSC General Contractors, Inc., a Georgia corporation, and CSC General Contractors, ND LLP, a North Dakota limited liability partnership, ) ) ) ) | |
| Defendants, ) | |
| vs. ) | |
| The Glosson Group, LLC and Strata Corporation, ) | Case No. 4:15-cv-152 |
| Third Party Defendants. ) | |

The court shall conduct a status conference by telephone with the parties on July 11, 2016, at 10:00 a.m. CDT. Anyone wishing to participate in the conference call should dial the following telephone number and enter the access code:

Tel. No.: (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 29th day of June, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court