# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Acme Electric Motor, Inc., d/b/a Acme Tools, a North Dakota corporation, and Roadrunner Investments, LLC, a North Dakota limited liability corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | Case No. 4-15-cv-152 |
| CSC General Contractors, Inc., a Georgia corporation, and CSC General Contractors, ND LLP, a North Dakota limited liability partnership, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| vs. | ) ) | |
| The Glosson Group, LLC and Strata Corporation, | ) ) ) | |
| Third-Party Defendants. | ) | |

Before the court is the parties' Stipulation to Amend Scheduling/Discovery Plan (Docket No. 55), wherein the parties seek the court's leave to extend various deadlines set forth in the court's amended Scheduling Order. (Docket No. 54). The court **ADOPTS** the stipulation, in part. The following deadlines are amended:

1. The parties shall have until January 15, 2017[1] to complete fact discovery and to file discovery motions.

---

[1] The parties' stipulation provided this date as January 15, 2016. The court assumes this was a scrivener's error and has adjusted the year.

2. Expert discovery:

   a. Plaintiffs shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before March 15, 2017.

   b. Depositions of Plaintiffs' expert witnesses shall be completed by April 5, 2017.

   c. Defendant-Third Party Plaintiffs shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before April 26, 2017.

   d. Depositions of Defendant-Third Party Plaintiffs' expert witnesses shall be completed by May 17, 2017.

   e. Third-Party Defendants shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before June 7, 2017.

   f. Depositions of Third-Party Defendants' expert witnesses shall be completed by June 28, 2017.

All other deadlines, including the dispostive motion deadline of June 14, 2017, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 15th December, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court