# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Acme Electric Motor, Inc. d/b/a Acme Tools, a North Dakota corporation, Roadrunner Investments, LLC, a North Dakota limited liability company, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| CSC General Contractors, Inc., a Georgia corporation, CSC General Contractors, ND LLP, a North Dakota limited liability partnership, | ) ) ) ) ) | Case No. 4-15-cv-152 |
| Defendants, | ) ) | |
| vs. | ) ) | |
| The Glosson Group, LLC, Strata Corporation | ) ) ) | |
| Third-Party Defendants. | ) | |

Before the court is a motion for attorney Laura Rollins to appear *pro hac vice* on the Defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Rollins has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Rollins has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 57) is **GRANTED**. Attorney Rollins is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 11th day of January, 2017.

                                           */s/ Charles S. Miller, Jr.*
                                           Charles S. Miller, Jr.
                                           United States Magistrate Judge