# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Acme Electric Motor, Inc., d/b/a Acme Tools, a North Dakota corporation, and Roadrunner Investments, LLC, a North Dakota limited liability corporation,, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| CSC General Contractors, Inc., a Georgia corporation, and CSC General Contractors, ND LLP, a North Dakota limited liability partnership, | ) ) ) ) ) | Case No.: 4-15-cv-152 |
| Defendants, | ) ) | |
| v. | ) ) | |
| The Glosson Group, LLC and Strata Corporation,, | ) ) ) | |
| Third-Party Defendants. | ) | |

Before the court is the parties' Stipulation to Amend Scheduling/Discovery Plan (Docket No. 56), wherein the parties seek the court's leave to extend various deadlines set forth in the court's amended Scheduling Order. (Docket No. 55). Upon review, the court has previously adopted most of the deadlines proposed by the parties' stipulation. (See Docket No. 56). Accordingly, the court **ADOPTS** the parties' stipulation only with respect to the following deadline:

1.  The parties shall have until February 20, 2017 to complete fact discovery and to file discovery motions.

All other deadlines, including the dispostive motion deadline of June 14, 2017, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 18th day of January, 2017.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court