# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Acme Electric Motor Inc., d/b/a Acme Tools, a North Dakota corporation, and Roadrunner Investments, LLC, a North Dakota limited liability corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| CSC General Contractors, Inc., a Georgia corporation, and CSC General Contractors, ND LLP, a North Dakota limited liability partnership, | ) ) ) ) ) | |
| | ) | Case No. 4:15-cv-152 |
| Defendants. | ) | |

Before the court is a motion for attorney Zachary J. Watters to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Zachary J. Watters has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 86) is **GRANTED**. Attorney Zachary J. Watters is admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge